```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 00486
   KIM KNIGHT ANDERSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1982

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 01/10/2008 and was confirmed 04/09/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 10/08/2008.
-------------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
   US BANK NATIONAL ASSOC   NOTICE ONLY    NOT FILED            .00          .00
   AMERICAS SERVICING COMPA CURRENT MORTG       .00             .00          .00
   AMERICAS SERVICING COMPA MORTGAGE ARRE       .00             .00          .00
   ALLIED INTERSTATE        UNSEC W/INTER NOT FILED            .00          .00
   ATHLETICO                UNSEC W/INTER NOT FILED            .00          .00
   PEOPLES GAS LIGHT & COKE UNSEC W/INTER NOT FILED            .00          .00
   RAB INC                  UNSEC W/INTER NOT FILED            .00          .00
   UNIVERSITY OF CHICAGO PH UNSEC W/INTER NOT FILED            .00          .00
   VERIZON WIRELESS         UNSEC W/INTER     948.82            .00          .00
   BURNS & WINCEK LTD       DEBTOR ATTY     3,000.00                    1,288.00
   TOM VAUGHN               TRUSTEE                                       112.00
   DEBTOR REFUND            REFUND                                          .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
   TRUSTEE              1,400.00

   PRIORITY                                      .00
   SECURED                                       .00
   UNSECURED                                     .00
   ADMINISTRATIVE                           1,288.00
   TRUSTEE COMPENSATION                       112.00
   DEBTOR REFUND                                 .00
                        --------------     --------------
   TOTALS               1,400.00            1,400.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00486 KIM KNIGHT ANDERSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/27/09
                              /s/ Tom Vaughn
                              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE